# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REBECCA PALENCIA,

      **Plaintiff,**

v.                                           **CASE NO.:  8:26-cv-1700-KKM-AAS**

TRANSUNION, LLC, and
CAPITAL ONE, NATIONAL ASSOCIATION,

      **Defendants.**
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, CAPITAL ONE, NATIONAL ASSOCIATION

Plaintiff, Rebecca Palencia, ("Plaintiff" or "Ms. Palencia") and Defendant, Capital One, National Association, ("Defendant" or "Capital One") by and through undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case as to Defendant, Capital One, National Association without prejudice.

[Signatures are on the next page.]

1

Dated: July 1, 2026

**SHRADER MENDEZ**
902 N. Armenia Avenue
Tampa, Florida 33609
Phone: (813) 360-1529
Fax: (813) 336-0832

**BURR & FORMAN**
420 North 20th Street, Suite 3400
Birmingham, Alabama *35203*
Telephone: 205-458-5410

/s/ Alejandro Mendez
**ALEJANDRO MENDEZ, ESQ.**
Florida Bar No. 1025247
e-mail: am@smjustice.com
*Attorney for Plaintiff*

/s/ Ellen Mathews
**ELLEN T. MATHEWS, ESQ.**
Florida Bar No. 122217
E-mail: emathews@burr.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court through the Florida E-Filing Portal which will give notice to all parties of record.

/s/ Alejandro Mendez
*Attorney*

2