## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**REBECCA PALENCIA,**

    **Plaintiff,**

**v.**                          **CASE NO.:  8:26-cv-1700-KKM-AAS**

**TRANSUNION, LLC,**

    **Defendants.**

_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, Rebecca Palencia, ("Plaintiff"), by and through undersigned counsel, hereby files this *Notice of Pending Settlement* (the "Notice") as to Defendant, TransUnion, LLC By submission of this Notice, submitting counsel represents that this matter has been settled, in principle, subject to final documentation as to TransUnion, LLC.

[Space intentionally left blank.]

1

Dated: July 1, 2026

Respectfully Submitted,

**SHRADER MENDEZ**
902 North Armenia Ave
Tampa, Florida 33609
Phone:  (813) 360-1529
Fax:    (813) 336-0832

/s/ Alejandro J. Mendez
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bls@smjustice.com
**ALEJANDRO J. MENDEZ, ESQ.**
Florida Bar No. 1025247
e-mail: am@smjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2026, a true and correct copy of the foregoing was filed with the Clerk's Office by CM/ECF system, which will serve a copy on all e-filers and counsel of record.

/s/ Alejandro J. Mendez
*Attorney*

2